**FIRST NATIONAL BANK OF ALTOONA, PA., Trustee Benjamin Cohn Trust No. 10, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7337.

Circuit Court of Appeals, Third Circuit.

Feb. 28, 1940.

S. Leo Ruslander, of Pittsburgh, Pa., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

Pursuant to the stipulation of the parties filed herein, it is now here ordered, adjudged, and decreed by this Court that the decision of the United States Board of Tax Appeals is hereby reversed and the cause is remanded to the said Board of Tax Appeals with leave to dispose of the cause upon stipulation or in such other manner as shall be meet and proper.

**FIRST–TRUST JOINT STOCK LAND BANK OF CHICAGO, ILLINOIS, a Corporation, Appellant, v. Leon Wakeman RIDER, Debtor.**

No. 11671.

Circuit Court of Appeals, Eighth Circuit.

Jan. 22, 1940.

Clifford Powell and Hysham & Billings, all of Red Oak, Iowa, and M. P. Lawless, of Chicago, Ill., for appellant.

Ed Fackler, Jr., of Corning, Iowa, for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant, pursuant to stipulation.

**GRAND RIVER LUMBER & COAL COMPANY, a Dissolved Michigan Corporation, Appellant, v. B. C. SCHRAM, Receiver of First National Bank-Detroit, a National Banking Association, Appellee.**

No. 8548.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1940.

Arthur R. Wood, of Detroit, Mich., for appellant.

Robert S. Marx, Lawrence I. Levi, and Frank M. Wiseman, all of Detroit, Mich., for appellee.

Before HICKS and SIMONS, Circuit Judges.

PER CURIAM.

On reading and filing the stipulation of the parties to the above entitled appeal, by their respective counsel, it is hereby ordered that said above entitled appeal be, and the same is hereby dismissed with prejudice to appellant, Grand River Lumber & Coal Company, but without costs to either party.